Amy H. Magill, appellant, v. Franklin M. Magill, appellee.    Gen.
No. 29,609.

Petition for increase of alimony. Petition granted in part. Appeal
from the Superior Court of Cook county; the Hon. Joseph Sabath,
Judge, presiding. Heard in the third division of this court for the first
district at the October term, 1924. Reversed and remanded with direc-

tions.  Opinion filed October 28, 1925.  Rehearing denied November 10, 1925.

Edward N. Sherburne, for appellant.  Louis J. Behan, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.